**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

_____

|                              |     |                         |
|------------------------------|-----|-------------------------|
| UNITED STATES OF AMERICA,    | )   |                         |
|                              | )   |                         |
|     Plaintiff, | ) |                   |
|                              | )   |                         |
| VS.                          | )   | CR. NO. 1:17-10103-STA  |
|                              | )   |                         |
| JOHNNY CROSS,                | )   |                         |
|                              | )   |                         |
|     Defendant. | ) |                    |

_____

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

_____

This cause came to be heard on July 3, 2018, Assistant United States Attorneys, Vic Ivy and Hillary Parham, appearing for the Government and the defendant, Johnny Cross appearing in person, and with counsel, Howard Manis.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 3 of the Superceding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, OCTOBER 29, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant to remain released on present bond.

**ENTERED** this the 3rd day of July, 2018.

                                s/ S. Thomas Anderson
                                CHIEF JUDGE, U. S. DISTRICT COURT